COPY IN CHAMBERS



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 00-295 |
| BILAL ABDELAZIZ HINDI | SEC. "L" |

### MOTION TO LEAVE THE JURISDICTION

NOW INTO COURT, through undersigned counsel, comes the defendant, Bilal Abdelaziz Hindi, who respectfully requests permission to leave the jurisdiction for the following reasons, to-wit:

I.

On October 10, 2001, Bilal A. Hindi was sentenced by this Court. Hindi completed his term of imprisonment which had been reduced by a Rule 35 Motion granted by this Court. He is now in the supervised release portion of his sentence and continues to make the restitution payments as ordered by this court and fully comply with all of the terms of his release.

II.

Bilal Hindi now requests that this Court allow him to leave this jurisdiction temporarily for the purpose of actively participating in the wedding ceremony of his youngest brother, Muhanad Hindi. Bilal Hindi raised his youngest brother as a child while their mother and father worked in Israel to support the family. Bilal Hindi is needed on this occasion to substitute for his father, Abdalaziz Hindi. This Court also sentenced Abdalaziz Hindi in 2001, and is familiar with the elder

Hindi's failing health. It is because of the elder Hindi's health that Bilal Hindi is needed by his family to take over the role of father to Muhanad Hindi in the ceremony. The last time Bilal Hindi visited with his family was in 2004. He has remained fully compliant with the request of his probation officer. Therefore, Bilal Hindi requests that he be allowed to leave the jurisdiction and travel to Israel. There are no other male family members who are able to act in this capacity.

III.

U.S. Probation Officer Jill Schneckenburger supervises Bilal Hindi's activities while on supervised release. She has been contacted about this request.

IV.

This request has been discussed with Robert J. Boitman, the Assistant United States Attorney handling this case for the government, and he defers to the position of the United States Probation Officer in the granting of this motion.

V.

Bilal A. Hindi agrees to conform to all conditions and stipulations set out by the United States Probation Office and this Court if he is allowed to travel to Israel.

WHEREFORE, for the above reasons, it is respectfully requested that the defendant, Bilal A. Hindi, be granted permission to leave the jurisdiction of this Court on July 10, 2005, and return on September 11, 2005, a period of sixty-four (64) days.

Respectfully submitted,

_____
RALPH CAPITELLI, (#3858)
CAPITELLI & WICKER
1100 Poydras Street
2950 Energy Centre
New Orleans, LA 70163-2950

CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing Motion has been served upon the Assistant United States Attorney handling the matter, this 19th day of May, 2005.

_____
RALPH CAPITELLI