

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 00-295 |
| BILAL ABDELAZIZ HINDI | SEC. "L" |

### ORDER

IT IS NOW ORDERED that the defendant, Bilal A. Hindi, be permitted to leave the jurisdiction of the United States and travel to Israel, for a period of sixty-four (64) days.

IT IS FURTHER ORDERED that Bilal A. Hindi conform to all the terms and provisions of his supervised release. He will depart the United States on July 10, 2005, and return no later than September 11, 2005.

NEW ORLEANS, LOUISIANA, this 19th day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE