COPY IN CHAMBERS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV -1  P 12: 55

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 00-295 |
| BILAL ABDELAZIZ HINDI | SEC. "L" |

### MOTION TO REMAIN OUTSIDE THE JURISDICTION

NOW INTO COURT, through undersigned counsel, comes the defendant, Bilal Abdelaziz Hindi, who respectfully requests permission to remain outside the jurisdiction of the Court for the following reasons, to-wit:

I.

On October 10, 2001, Bilal A. Hindi was sentenced by this Court. Hindi completed his term of imprisonment which had been reduced by a Rule 35 Motion granted by this Court. He is now in the supervised release portion of his sentence and continues to make the restitution payments as ordered by this court and fully comply with all of the terms of his release. He completes his term of supervised release in February, 2006.

II.

In May, 2005, this Court granted a motion allowing Bilal Hindi to be outside the jurisdiction of the Court for a period of sixty (64) days. He was scheduled to return to the United States on September 11, 2005.

Fee____
Process____
X Dktd____
CtRmDep____
Doc. No.____

III.

On August 29, 2005, Hurricane Katrina struck the New Orleans, Louisiana, area. All ingress and egress to the city was terminated and the airport was officially closed. Bilal Hindi made numerous attempts to obtain flight reservations to return to the United States. He was unsuccessful. He was able to finally contact his Probation Officer by telephone and brief her on his situation. He is currently residing with his wife and four children in his parent's home in Israel.

IV.

On September 30, 2005, Bilal Hindi's brother, Rabah Hindi, gained access to Hindi's home at 8010 Morrison Road, New Orleans, Louisiana, 70126. The home had been devastated by the flood waters of Hurricane Katrina and suffered structural damage. It has been declared inhabitable by Hindi's insurer. Hindi's brother also resided in that home and is currently renting living space elsewhere. Bilal Hindi has no available housing because, this living space is not large enough to accommodate Bilal Hindi and his family because Rabah Hindi also has a large family.

V.

Bilal Hindi humbly requests that he be allowed to remain in Israel with his family until such a time that the necessary repairs are made to his home to make it habitable. Hindi has no where else to reside and provide for his family.

VI.

U.S. Probation Officer Jill Schneckenburger supervised Bilal Hindi's activities while on supervised release. She has been contacted about this requests and she has not objections. Hindi is scheduled to complete his period of supervised release in February, 2006.

This request has been discussed with Robert J. Boitman, the Assistant United States Attorney handling this case for the government who takes no position concerning the granting of this motion.

VII.

Bilal A. Hindi agrees to conform to all conditions and stipulations set out by the United States Probation Office and this Court if he is allowed to remain in Israel.

WHEREFORE, for the above reasons, it is respectfully requested that the defendant, Bilal A. Hindi, be allowed to remain in Israel for an indefinite period of time while his home is restored and made habitable.

Respectfully submitted,

_____
RALPH CAPITELLI, (#3858)
CAPITELLI & WICKER
1100 Poydras Street
2950 Energy Centre
New Orleans, LA  70163-2950

### CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing Motion has been served upon the Assistant United States Attorney handling the matter, this 1st day of NOVEMBER, 2005.

_____
RALPH CAPITELLI