

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL DOCKET

VERSUS                                       NO. 00-295

BILAL ABDELAZIZ HINDI                        SEC. "L"

### ORDER

IT IS NOW ORDERED that the defendant, Bilal A. Hindi, be allowed to remain in Israel for

an indefinitie period of time and out of the jurisdiction of the United States.

IT IS FURTHER ORDERED that Bilal A. Hindi conform to all the terms and provisions of

his supervised release.  He will contact his Probation Officer on a monthly basis while out of the

country⊙

NEW ORLEANS, LOUISIANA, this 3d day of November , 2005.

_____
UNITED STATES DISTRICT JUDGE

Please see the Court's Order dated November 2, 2005.

__ Fee_____
__ Process_____
X  Dktd_____
V  CtRmDep_____
__ Doc. No._____