UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA



| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 00-295 |
| BILAL ABEDLAZIZ HINDI | SECTION "L" |

### ORDER

Considering the Defendant's Motion to Remain Outside the Jurisdiction,

IT IS ORDERED that the Defendant, Bilal A. Hindi, be allowed to remain in Israel for a period of six weeks from today's date, up to and including December 14, 2005.

IT IS FURTHER ORDERED that Bilal A. Hindi conform to all the terms and provisions of his supervised release. He shall contact his Probation Officer on a monthly basis.

New Orleans, Louisiana, this <u>2nd</u> day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep__
___ Doc. No ___