FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC -6 PM 4:31

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 00-295 |
| BILAL ABDELAZIZ HINDI | SEC. "L" |

### MOTION TO REMAIN OUTSIDE THE JURISDICTION

NOW INTO COURT, through undersigned counsel, comes the defendant, Bilal Abdelaziz Hindi, who respectfully requests permission to remain outside the jurisdiction of the Court for the following reasons, to-wit:

I.

On October 10, 2001, Bilal A. Hindi was sentenced by this Court. Hindi completed his term of imprisonment which had been reduced by a Rule 35 Motion granted by this Court. He is now in the supervised release portion of his sentence and continues to make the restitution payments as ordered by this court and fully comply with all of the terms of his release. He completes his term of supervised release on February 23, 2006. Hindi still owes the government $178,441.06 in restitution, but the government has liens on all of his real property to secure this balance.

II.

In May, 2005, this Court granted a motion allowing Bilal Hindi to be outside the jurisdiction of the Court for a period of sixty four (64) days. He was scheduled to return to the United States on



September 11, 2005.

### III.

On August 29, 2005, Hurricane Katrina struck the New Orleans, Louisiana, area. All ingress and egress to the city was terminated and the airport was officially closed. He was able to contact his Probation Officer by telephone and brief her on his situation. He is currently residing with his wife and four children in his parent's home in Israel. Hindi's parents are in their late 60's and in poor health.

### IV.

On September 30, 2005, Bilal Hindi's brother, Rabah Hindi, who also once resided at the family's residence at 8010 Morrison Road, New Orleans, Louisiana, 70126, was told by the insurance adjuster that the home suffered structural damage. The home is not habitable for any of the family's members. Rabal Hindi and his brother, Ahmad Hindi, rented a home in Gretna, Louisiana, for themselves and their large families. These brothers are also providing lodging at this resident for several essential family members. The residence in Gretna, Louisiana, is filled to capacity. Bilal Hindi has no available housing because, this house is not large enough to accommodate him and his large family.

### V.

On November 2, 2005, this Court granted a motion allowing Bilal Hindi to remain outside the jurisdiction of the Court through December 14, 2005, to allow him to complete the repairs on his primary residence in order to make it habitable. However, the repairs are taking longer than anticipated. Bilal Hindi humbly requests that he be allowed to remain in Israel with is family and care for his sick parents until February 23, 2006, a period of seventy (70) days, when his supervised

release expires.

VI.

U.S. Probation Officer Jill Schneckenburger supervises Bilal Hindi's activities while on supervised release. She has been contacted about this request and she has no objections. Hindi completes his period of supervised release on February 23, 2006. He has continued to make restitution payments while out of the jurisdiction.

VII.

Bilal A. Hindi agrees to conform to all conditions and stipulations set out by the United States Probation Office and this Court if he is allowed to remain in Israel.

WHEREFORE, for the above reasons, it is respectfully requested that the defendant, Bilal A. Hindi, be allowed to remain in Israel for a period of seventy (70) days while he attempts to locate suitable lodging for himself and his family.

Respectfully submitted,

RALPH CAPITELLI, (#3858)
CAPITELLI & WICKER
1100 Poydras Street
2950 Energy Centre
New Orleans, LA 70163-2950

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing Motion has been served upon the Assistant United States Attorney handling the matter, this 6th day of December, 2005.

_____
RALPH CAPITELLI