UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED DEC 12 2005

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 00-295 |
| BILAL ABDELAZIZ HINDI | SEC. "L" |

## ORDER

IT IS NOW ORDERED that the defendant, Bilal A. Hindi, be allowed to remain in Israel for a period seventy (70) days beginning on December 15, 2005 and ending on February 23, 2006. of time and out of the jurisdiction of the United States.

IT IS FURTHER ORDERED that Bilal A. Hindi conform to all the terms and provisions of his supervised release. He will contact his Probation Officer on a monthly basis and continues to make restitution payments.

NEW ORLEANS, LOUISIANA, this _8_ day of _Dec_, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No. _____